# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1860

_____

| | | |
|---|---|---|
| Tina Sue McClanahan, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| City of Moberly, | * | |
| | * | |
| Defendant, | * | |
| | * | Appeal from the United States |
| Gerald Gander, Sheriff of Shelby | * | District Court for the |
| County, | * | Eastern District of Missouri. |
| | * | |
| Appellee, | * | **[UNPUBLISHED]** |
| | * | |
| Michael L. Garbulski, Chief of Police; | * | |
| P. Pollard, also known as Corky | * | |
| Pollard, Captain of Police, #230; | * | |
| Randy Cook, Patrolman, #232; Rex | * | |
| V. Gump, Moberly City Judge; | * | |
| Wayne E. Schirmer, Moberly City | * | |
| Attorney, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted: November 12, 1998
Filed: November 20, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Tina Sue McClanahan appeals from the district court's[1] adverse grant of summary judgment in her suit under 42 U.S.C. § 1983. After careful review of the record and the parties' briefs, we affirm for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1] The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.